IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK GENE RUSSELL, ) | | |
| ID # 18016446, ) | | |
| Plaintiff, ) | | |
| vs. ) | No. 3:18-CV-3246-M-BH | |
| ) | | |
| DALLAS COUNTY JAIL, et al., ) | | |
| Defendants. ) | Referred to U.S. Magistrate Judge | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly by separate judgment, this action will be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim.

If the plaintiff files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

SO ORDERED this 6th day of November, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE